IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandy Close,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>　　　　Defendant. | No. CV 08-030-TUC-FRZ (CRP)<br><br>**ORDER** |

　　　　Plaintiff Sandy Close filed this action pursuant to 42 U.S.C. § 405(g) of the Social Security Act for judicial review of the final decision of the Commissioner of the Social Security Administration, denying her application for Social Security disability and Supplemental Security Income disability benefits.

　　　　This matter was referred to the United States Magistrate Judge for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona.

　　　　On January 12, 2012, Magistrate Judge Charles R. Pyle issued his Report and Recommendation, recommending that the District Court, after its independent review of the record herein, remand this matter under sentence six to allow the Commissioner to consider the new evidence and modify or affirm the findings of fact or decision, in accordance with the Report and Recommendation.

The Report and Recommendation provides a thorough legal analysis of the claims under the appropriate legal standards.

The Report and Recommendation advised the parties that they may file written objections within fourteen (14) days from the date of service of a copy of the Report and Recommendation, *See* 28 U.S.C. § 636(b)(1) and Rules 72(b) of Federal Rules of Civil Procedure.

No objections were filed.

The Court finds, after consideration of all matters presented and an independent review of the record herein, that the findings of the Magistrate Judge as set forth in the Report and Recommendation, shall be accepted and adopted as the findings of fact and conclusions of law of this Court.  Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge Pyle's Report and Recommendation [Doc.#28] is hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;

**IT IS FURTHER ORDERED** that Plaintiff's claim for benefits is **REMANDED** to the Commissioner of the Social Security Administration pursuant to sentence six for further proceedings in accordance with the Report and Recommendation;

**IT IS FURTHER ORDERED** that Judgment be entered accordingly.

DATED this 29th day of March, 2012.

Frank R. Zapata
Senior United States District Judge